# EXHIBIT A

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | | |
| COUNTY OF ALLEN | ) | | CAUSE NO. 02D03-2106-CT-000304 Allen Superior Court 3 |

LAREKA MOORE,      )
                   )
    Plaintiff,     )
                   )
v.                 )
                   )
SHARECARE HEALTH DATA )
SERVICES, LLC,     )
                   )
    Defendant.     )

# COMPLAINT

Plaintiff alleges against Defendant as follows:

1. The Plaintiff is Lareka Moore, a qualified female Black/African-American employee of Defendant at all time material to this Complaint. Plaintiff alleges that she was discriminated against and retaliated against on the basis of her race (African-American) in violation of her rights pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII") and 42 U.S.C. § 1981, as well as on the basis of her sex (female) in violation of Title VII.

2. Defendant is Sharecare Health Data Services, LLC, a company doing business at 7950 W. Jefferson Boulevard, Fort Wayne, IN 46804. Defendant's registered agent is CT Corporation System, 334 N. Senate Ave., Indianapolis, IN 46204. Defendant is an "employer" for the purposes of Title VII and § 1981.

3. Plaintiff filed a Charge of Discrimination with the EEOC/City of Fort Wayne Metropolitan Human Relations Commission on May 14, 2020, Charge no. 24D-2020-00202/EO-0143-

–1–

A20, a copy of which is attached hereto, incorporated herein, and made a part hereof as "Ex. A." The EEOC issued its Dismissal and Notice of Rights on March 11, 2021, a copy of which is attached hereto and incorporated herein as "Ex. B." All jurisdictional prerequisites have been met and all administrative remedies have been exhausted for the filing of this lawsuit.

4. Plaintiff worked for Defendant through a temporary agency from January 27, 2020, until her wrongful termination on or about April 17, 2020, and at the time of separation her job title was "ROI Specialist." Defendant controlled the terms, benefits, and conditions of Plaintiff's employment, and was Plaintiff's joint employer.

5. On Plaintiff's first day on the job, Plaintiff's supervisor Chante Deroo greeted Plaintiff in front of other employees by stating "Oh, you must be the mixed girl they were talking about," referring to Plaintiff's race. Deroo then commented on Plaintiff's "features" ( hair, eyes, skin tone), and stated, "you must be mixed because you look like my children." Plaintiff was shocked, humiliated, and embarrassed.

6. At lunch time on Plaintiff's first day on the job, another employee, Amber Hall, approached Plaintiff and stated that Deroo's comments had made Hall uncomfortable, but that Deroo often made inappropriate racial comments and used racial slurs.

7. Shortly thereafter Plaintiff approached Deroo, and told her that the racial comments made her uncomfortable and that she did not appreciate her supervisor discussing her race. Deroo told Plaintiff she needed to have "tougher skin," and asked that Plaintiff not to tell Deroo's boss about the racial comments.

8. Plaintiff reported Deroo's behaviors to Victoria at the temporary agency within weeks of

the start of her employment, and the agency's only response was that they would keep an eye out for a new position for her.

9. Within approximately two weeks after Plaintiff asked Deroo to stop making comments about her race, Deroo then began to make inappropriate and explicit sexual comments to Plaintiff, such as remarks about Black mens' penises and Black womens' "fat assess." Deroo made comments such as this on several occasions, and directed the comments to Plaintiff, but made the comments in front of Plaintiff's coworkers.

10. Such comments made Plaintiff extremely uncomfortable and embarrassed, and in approximately early February she again approached Deroo and asked her to stop making sexual remarks because they were unprofessional and made her uncomfortable.

11. After Plaintiff asked Deroo for the second time to refrain from making racial or sexual remarks to and about her, Deroo began to retaliate against Plaintiff in the following ways, including but not limited to:

    a. Deroo on more than one occasion directed Plaintiff to perform tasks for which she was not trained then criticized Plaintiff's performance.
    b. Deroo treated Plaintiff with disrespect and often talked down to her in front of others.
    c. Deroo lied about Plaintiff's performance to the temporary agency, and lied about Plaintiff's break times being too long (the agency looked into the claim and found it to be untrue).
    d. Deroo failed to adequately train Plaintiff then reported Plaintiff's as having "performance issues."

12. Shortly after complaining to Deroo about her behaviors, Plaintiff was laid off temporarily in mid-February due to alleged Covid concerns.

13. In late March 2020 Plaintiff was contacted by the temporary agency and notified that Defendant had part-time hours available, and Plaintiff agreed to return to work. She

worked part-time until her termination.

14. Deroo's inappropriate behaviors continued after Plaintiff returned from lay off.

15. In late March 2020, Plaintiff complained to Whitney Parker, Director of Operations, about Deroo's discrimination and retaliation. Parker responded with anger and yelled at Plaintiff for complaining.

16. Not long after complaining to Parker, Parker's boss arrived on location and held a staff meeting with employees in absentia of management. Plaintiff then notified Parker's boss of the discrimination and retaliation she had suffered.

17. When Plaintiff arrived for work on April 20, 2020, Deroo told Plaintiff she "was not needed" and that they had "no place to put her." Plaintiff protested and explained that she had not been told not to report to work by the temporary agency. Deroo told Plaintiff she would not be working that day, so Plaintiff left.

18. After leaving Defendant's facility, Plaintiff received a phone call from the temporary agency, and was notified that Defendant was terminating her position for "performance issues," and because Deroo had reported that Plaintiff had acted "aggressively" when told to go home, which was untrue. Later, Defendant shifted its reason and reported that Plaintiff had voluntarily quit her position, which also was blatantly untrue.

19. Plaintiff alleges that the proffered reasons for her termination were false and pretextual, and in reality, she was discriminated against and retaliated against for complaining of discrimination, in violation of her federally protected rights pursuant to Title VII and § 1981.

20. Defendant's discriminatory and retaliatory conduct was the direct and proximate cause of

–4–

Plaintiff suffering the loss of her job and job-related benefits, including income, and subjected her to emotional distress, humiliation, embarrassment, inconvenience, and other damages and injuries. Plaintiff seeks compensatory damages and reasonable attorney fees and costs.

21. Furthermore, Defendant's discriminatory and retaliatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights, warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney fees and costs, and all other just and proper relief.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**LAW OFFICE OF JENNIFER L. HITCHCOCK**

/s/ Jennifer L. Hitchcock
Jennifer L. Hitchcock, #34635-02
116 E. Berry Street, Suite 625
Fort Wayne, IN 46802
Telephone: (260) 240-4644
Facsimile: (260) 498-2655
E-mail: Jennifer@jhitchcocklaw.com
Attorney for Plaintiff

02D03-2106-CT-000304
Allen Superior Court 3
Filed: 6/2/2021 1:11 PM
Clerk
Allen County, Indiana
USDC IN/ND case 1:21-cv-00257 document 1-2 filed 07/02/21 page 7 of 12
EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | EO-0143-A20 |
| [X] EEOC | 24D-2020-00202 |

**City of Fort Wayne Metro Human Relations Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Lareka Moore | (260) 341-6536 | Redacted |

| Street Address | City, State and ZIP Code |
|---|---|
| 2017 Hillside Avenue, | Fort Wayne, IN 46805 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SHARE CARE INC. | Unknown | (260) 435-7271 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7950 W. Jefferson Blvd., | Fort Wayne, IN 46804 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SHARE CARE INC. | | (800)560-3800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8344 Clairemont Mesa Blvd. | San Diego, CA 92111 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-06-2020   Latest: 04-20-2020
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a qualified black individual who worked in Medical Records for Share Care, as a temporary employee through Addison Group. My supervisor, Chante Deroo, made a comment about my hair, stating "You must be mixed because your hair looks like my kids hair." She also made comments about black men and women's body parts. I confronted her for her comments because I felt uncomfortable. One day I reported to work and was told by Deroo that "You aren't needed today because we are short on work." I was then terminated by the head supervisor after Deroo reported that I left work early.

For these reasons, I believe I have been discriminated against because of my race, black, sexually harassed and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Fort Wayne Ordinance G-21-78, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>X *Lareka Moore* |
| May 14, 2020    X *Lareka Moore*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

02D03-2106-CT-000304
Allen Superior Court 3
Filed: 6/2/2021 1:11 PM
Clerk
Allen County, Indiana
RJ

USDC IN/ND case 1:21-cv-00257 document 1-2 filed 07/02/21 page 8 of 12

EEOC Form 161 (11/2020)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Lareka Moore<br>2017 Hillside Avenue<br>Fort Wayne, IN 46805 | From: Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2020-00202 | Jeremy A. Sells,<br>State & Local Coordinator | (463) 999-1161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Michelle Eisele* (signature)

Michelle Eisele,
District Director

March 11, 2021
(Date Issued)

Enclosures(s)

cc:  HR Director
SHARE CARE INC.
7950 W. Jefferson Blvd.
Fort Wayne, IN 46804

Jennifer Hitchcock
LAW OFFICE OF JENNIFER L. HITCHCOCK
116 E. Berry Street, Suite 1110
Fort Wayne, IN 46802

| | |
|---|---|
| STATE OF INDIANA | IN THE ALLEN SUPERIOR COURT |
| COUNTY OF ALLEN | Civil Division – Courthouse |
| | 715 South Calhoun Street, Room 201 |
| | Fort Wayne, IN 46802 |
| | Telephone: (260) 449-3491 |

Filed: 6/2/2021 1:11 PM
Clerk
Allen County, Indiana
RJ

LAREKA MOORE
   Plaintiff(s)

VS

SHARECARE HEALTH DATA SERVICES LLC.
   Defendant(s)

Case Number: **02D03-2106-CT-000304**
Allen Superior Court 3

# SUMMONS

TO:
Sharecare Health Data Services LLC
Highest Ranking Official
7950 W. Jefferson Blvd.
Fort Wayne, IN 46804

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

__XX__ Certified Mail You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____ Personal Service You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**. The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: 6/4/2021

_Christopher M. Nancarrow_ RJ
**CHRISTOPHER M. NANCARROW**
CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS
(Seal)

Jennifer L. Hitchcock (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

116 E. Berry St., Ste 625
Street Address

Fort Wayne, IN 46802
City, State, Zip Code

(260) 240-4644  34635-02
Telephone Number  Attorney Number

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
_____ personal service
_____ leaving a copy at dwelling or place of employment

**OTHER** manner of service:
__X__ attorney to serve
_____ private process server, _____
_____ other (describe in particular and note Trial Rule)
_____

**CLERK** shall serve this Summons as follows:
_____ regular mail
_____ certified mail
_____ publication

08/2000 sum (CLK 298,fb)

| | |
|---|---|
| I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested. | I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein. |
| Date Issued: _____ | Date Issued: _____ |
| _____ | _____ |
| Clerk of the Allen Circuit and Superior Courts | Clerk of the Allen Circuit and Superior Courts |

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .   _____
                Signature of Party                                    Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**        (_____)

  READING / delivering a copy (A) to the within named party;

  LEAVING A COPY for the within named party
    (B) with the spouse, named:
    (C) with a relative, named:           (E) with a secretary, named:
    (D) at the residence, located at:      (F) with the attorney, named:
    (E) with the employer, named: _____   (H) with this person (other-specify):

  Specify name of person, work supervisor, place of business, or location where copy was left.
  _____

  **and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**
  _____ .
  Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because: (_____)**

| | | | |
|---|---|---|---|
| (I) | The party was NOT FOUND / NO SUCH ADDRESS. | (R) | the party was on VACATION. |
| (J) | the document EXPIRED. | (S) | the party was NOT FOUND / VACANT. |
| (K) | the party AVOIDED service. | (T) | the party was NOT FOUND / MOVED. |
| (L) | the party REFUSED service. | (U) | the party was NOT FOUND IN THIS BAILIWICK. |
| (M) | the party was NO LONGER EMPLOYED at the address. | (V) | INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) | the document was RETURNED by the authority of the Plaintiff. | (W) | they are NO LONGER IN BUSINESS. |
| (O) | the party is DECEASED. | (X) | several attempts were made / UNABLE TO SERVE. |
| (P) | the party was UNKNOWN AT THAT ADDRESS. | (Y) | of the following reason (OTHER-specify): |
| (Q) | the party was on SICK LEAVE / LAY OFF. | | |

  _____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____   _____   _____
Date Served / Attempted                 Time Served / Attempted     Signature of Sheriff of Allen County, Indiana (or other officer)
                                                      By: _____
_____                          Signature of Process Server
(Printed Name of Process Server)

08/2000     sum (CLK 298,fb)

Filed: 6/2/2021 1:11 PM
Clerk
Allen County, Indiana
RJ

STATE OF INDIANA      IN THE ALLEN SUPERIOR COURT
                                                Civil Division – Courthouse
COUNTY OF ALLEN      715 South Calhoun Street, Room 201
                                                Fort Wayne, IN   46802
                                                Telephone: (260) 449-3491

LAREKA MOORE                               Case Number: **02D03-2106-CT-000304**
         Plaintiff(s)                                              Allen Superior Court 3
VS

SHARECARE HEALTH DATA SERVICES LLC.          **SUMMONS**
         Defendant(s)

TO:
     C T Corporation System
     334 North Senate Avenue
     Indianapolis, IN 46204

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

__XX__     Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____     Personal Service      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS**, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802**. The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: 6/4/2021                             *Christopher M. Nancarrow* RJ
                                                 **CHRISTOPHER M. NANCARROW**
                                                 CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Jennifer L. Hitchcock (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)      (Seal)

116 E. Berry St., Ste 625
Street Address

Fort Wayne, IN 46802
City, State, Zip Code

(260) 240-4644          34635-02
Telephone Number          Attorney Number

**MANNER OF SERVICE**
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:      **OTHER** manner of service:
_____ personal service                                    __X__ attorney to serve
_____ leaving a copy at dwelling or place of employment      _____ private process server, _____
                                                               _____ other (describe in particular and note Trial Rule)
**CLERK** shall serve this Summons as follows:
_____ regular mail
_____ certified mail
_____ publication

08/2000     sum (CLK 298,fb)

**CERTIFIED MAIL**

| | |
|---|---|
| I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested. | I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein. |

Date Issued: _____        Date Issued: _____

_____        _____
Clerk of the Allen Circuit and Superior Courts        Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .        _____
Signature of Party        Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**       (_____)

    READING / delivering a copy (A) to the within named party;

    LEAVING A COPY for the within named party
        (B) with the spouse, named:        (E) with a secretary, named:
        (C) with a relative, named:         (F) with the attorney, named:
        (D) at the residence, located at:      (H) with this person (other-specify):
        (E) with the employer, named: _____

    Specify name of person, work supervisor, place of business, or location where copy was left.
    _____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**
_____ .
Last known address of person named in the document (or Change of Address)

**I did not serve a copy of this Summons because:** (_____)

| | |
|---|---|
| (I) The party was NOT FOUND / NO SUCH ADDRESS. | (R) the party was on VACATION. |
| (J) the document EXPIRED. | (S) the party was NOT FOUND / VACANT. |
| (K) the party AVOIDED service. | (T) the party was NOT FOUND / MOVED. |
| (L) the party REFUSED service. | (U) the party was NOT FOUND IN THIS BAILIWICK. |
| (M) the party was NO LONGER EMPLOYED at the address. | (V) INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) the document was RETURNED by the authority of the Plaintiff. | (W) they are NO LONGER IN BUSINESS. |
| (O) the party is DECEASED. | (X) several attempts were made / UNABLE TO SERVE. |
| (P) the party was UNKNOWN AT THAT ADDRESS. | (Y) of the following reason (OTHER-specify): |
| (Q) the party was on SICK LEAVE / LAY OFF. | _____ |

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____        _____
Date Served / Attempted    Time Served / Attempted        Signature of Sheriff of Allen County, Indiana (or other officer)
                                                                   By: _____
(Printed Name of Process Server)        Signature of Process Server